COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



R. WAYNE JOHNSON,


 Appellant,


v.


TEXAS TECH UNIVERSITY, ET AL.,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00256-CV
 


Appeal from the


County Court at Law No. 3 


of El Paso County, Texas 


(TC#2008-796) 


MEMORANDUM OPINION


 This is an attempted appeal from the denial of Appellant's motion to recuse the trial judge. 
On August 18, 2008, the Clerk of the Court, notified the parties that an interlocutory ruling on a
motion to recuse is not an appealable order, and the Court would consider dismissal of the appeal
unless grounds for maintaining jurisdiction were shown. An order denying a motion to recuse is an
order that may be reviewed on appeal from the final judgment. See Tex. R. Civ. P. 18a(f). Appellant
has failed to provide any grounds for the continuing jurisdiction of this Court. Accordingly, we
dismiss this appeal for want of jurisdiction.


 KENNETH R. CARR, Justice

October 2, 2008


Before Chew, C.J., McClure, and Carr, JJ.